## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ISAIAS SOLIS
REG. #07722-031                                                                                          PETITIONER

VS.                                        2:05CV00043 JTR

LINDA W. SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                       RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 16th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE